# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced December 9, 2008

APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:

08-0725     IN RE  DEEP SOUTH CRANE & RIGGING COMPANY CRANE COLLAPSE LITIGATION.

The Motion to Transfer filed by Deep South Crane and Rigging Company is granted.  Pursuant to Administrative Rule 13, the cases listed below, and tag-along cases, if any, are transferred to Judge Randy Wilson, Judge of the 157th District Court of Harris County.

Justice Stone delivered the opinion of the Multidistrict Litigation Panel

No. B182-113, *Allen, et al v. Deep South Crane & Rigging Investments, Inc.*, 60th District Court of Jefferson County

No. 2008-59257, *Houston Refining, LP v. Deep South Crane & Rigging Company*, 113th District Court of Harris County

No. 2008-59138, *Wyatt Field Service Company v. Deep South Crane & Rigging Company*, 189th District Court of Harris County